Eva M. Caine, Respondent, v. Hyman Leibowitz, Appellant.—Action for personal injuries sustained by plaintiff when she slipped and fell on the floor of the pharmacy conducted by the defendant. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,664.75; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Frank Hendrick, Appellant, v. Charles Burnham Squier, Respondent.— Action for professional services and money advanced for expenses. Order denying plaintiff's motion for summary judgment, and to strike out defendant's answer and counterclaim as sham, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Joan Reardon, Respondent, v. Annie Lupton and Dennis Delaney, Doing Business as Lupton and Delaney, and Another, Appellants.—Action for personal injuries sustained by plaintiff while a passenger in a bus owned and operated by defendants Lupton and Delaney as a result of a collision between said bus and an automobile owned and operated by defendant Meltzer. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Gustave Nassauer, Appellant, v. Wardman Real Estate Properties, Inc., and Others, Defendants, Impleaded with Halsey Stuart & Co., Inc., and Others, Respondents.—Action to impress a trust on the capital stock of defendant Wardman Real Estate Properties, Inc., and for an accounting to plaintiff for the gains and benefits of a joint venture. Judgment dismissing the second amended complaint and the supplemental complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Tenie Levy and Another, as Executrices of the Estate of Samuel L. Levy, Deceased, Appellants, v. New York Life Insurance Company, Respondent.— Action to recover disability benefits under nine policies of insurance issued to Samuel L. Levy by defendant. Order denying plaintiffs' motion for judgment on the pleadings and granting defendant's cross-motion for judgment on the pleadings, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Vincenzo Vernice and Others, Respondents, v. The New York Butchers' Dressed Meat Company, Appellant.— Consolidated actions for personal injuries sustained by Vincenzo Vernice and Joseph Calcagno as the result of a collision between defendant's truck and a motorcycle operated by plaintiff Vincenzo Vernice, upon which the infant plaintiff, Joseph Calcagno, was a passenger. Vincenzo Calcagno's action is for loss of services. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.